NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA CHARLES THOMAS,        )
DOC # T47951,                 )
                              )
       Appellant,             )
                              )
v.                            )    Case No. 2D17-4680
                              )
STATE OF FLORIDA,             )
                              )
       Appellee.              )
_____)

Opinion filed May 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Joshua Charles Thomas, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


       Affirmed.


KELLY, KHOUZAM, and BLACK, JJ., Concur.